

# Summons

## Collection Information Statement

**In the matter of** WILLIAM MADDOX, 9268 MARLOW AVE, NORFOLK, VA 23503-4231
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 3 (23)
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** WILLIAM MADDOX
**At:** 9268 MARLOW AVE, NORFOLK, VA 23503-4231

You are hereby summoned and required to appear before ROBERT FEREBEE, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2014 To 01/31/2014

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

200 GRANBY STREET, ROOM 529, NORFOLK VA 23510 (757) 213-3977

Place and time for appearance: At 200 GRANBY STREET, ROOM 529, NORFOLK, VA 23510

# IRS

Department of the Treasury
Internal Revenue Service
**www.irs.gov**
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 11th day of March , 2014 at 8:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 21st day of February , 2014

ROBERT F FEREBEE
Signature of issuing officer

Signature of approving officer *(if applicable)*

**Exhibit B**

REVENUE OFFICER
Title

Title

Original -- to be kept by IRS



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date _Feb 21, 2014_        Time _10 00 Am_

**How** ☐ I handed an attested copy of the summons to the person to whom it was directed.

**Summons**

**Was** ☑ I left an attested copy of the summons at the last and usual place of abode of the person
to whom it was directed. I left the copy with the following person (if any).

**Served**

Signature _[signature]_        Title _Revenue Officer_

I certify that the copy of the summons served contained the required certification.

Signature _[signature]_        Title _Revenue Officer_

Catalog No. 25000Q        Form 6637 (Rev. 10-2010)

**Attachment 1 to Summons Form 6637**

In the matter of **WILLIAM MADDOX**

Period information: Form 1040 for the calendar periods ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009, December 31, 2010 and December 31, 2011